UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, )   Index No.: 07-CIV-7449 (KMK)
)
                       Plaintiffs,  )   STATEMENT OF DAMAGES
    -against-                           )
)
CGC ALLTRADES INC.,                )
)
                      Defendant.  )

---

Attorneys' Fees ............................................................. $  2,000.00

Court Costs & Disbursements:

    Filing Fees (Index)..................................................... $    350.00
    Process Server Fee..................................................... $     40.00


**GRAND TOTAL**.............................................. $  2,390.00