UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,        )   Index No.: 07-CIV-7449 (KMK)
                                             )
                        Plaintiffs,          )   REQUEST FOR ENTRY OF
        -against-                            )   DEFAULT JUDGMENT
                                             )
CGC ALLTRADES INC.,                          )
                                             )
                        Defendant.           )
                                             )

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant CGC Alltrades Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant CGC Alltrades Inc. for an order for an audit and in the sum of $2,390.00, which includes attorneys' fees, court costs and disbursements.

Dated: Elmsford, New York
       October 16, 2007

*Dana L. Henke*
Dana L. Henke, Esq. (DLH3025)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515