CERTIFICATE OF SERVICE

STATE OF NEW YORK      )
                       ss.:
COUNTY OF WESTCHESTER )

    I, Dawn Stefanik, being duly sworn, deposes and says:

    I am not a party to the within action, am over the age of 18 years and reside in Westchester County, New York. That on October 24, 2007, I served a true copy of the default judgment with supporting papers by mailing a true copy of same enclosed in a post-paid wrapper in an official depository by First Class Mail under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

        CGC ALLTRADES INC.
        843 DAWSON STREET
        BRONX, NY 10459

                                      _____
                                      Dawn Stefanik

Sworn to before me this
26th day of October, 2007

_____
Notary Public

        CHRISTIE S. ROOS
      Notary Public, State of New York
          No. 01RO6014276
      Qualified in Westchester County
    Commission Expires October 5, 2010