UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,

                  Plaintiffs,

-against-

CGC ALLTRADES, INC.,

                  Defendant.

---

FILED
U.S. DISTRICT COURT
2008 FEB 26  P 12:41
S.D. OF N.Y. W.P.

Index # 07-CIV-7449 (KMK)

**SATISFACTION OF JUDGMENT**

---

WHEREAS, a default judgment was entered in the above entitled action on November 20, 2007 in the United States District Court, Southern District of New York in favor of TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS and against CGC ALLTRADES, INC. et al. in the amount of $2,930.00, which Judgment was docketed on November 20, 2007 in the office of the Clerk, United States District Court, Southern District of New York,

AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, CGC ALLTRADES, INC.,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: February 25, 2008

Sworn to before me this
25th day of February 25, 2008

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

_____
DANA L. HENKE, ESQ.
Attorneys for Judgment Creditor
258 Saw Mill River Road
Elmsford, New York 10523
(914)592-1515

---

[Handwritten margin note: 2/26/2008: Judgment marked satisfied. Judgment entered into money judgment book as fully satisfied by J. Rechtiel. J. Rehbein, Clerk of the Court. by Giselle Corcova, Deputy Clerk.]